```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MICHAEL EMMETT, | : | CIVIL ACTION |
| | : | NO. 11-528 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KWIK LOK CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this **11th** day of **September, 2012**, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Reply Brief (ECF No. 34) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1]   The Court considered Defendant's reply brief in disposing of the Motion for Summary Judgment.